UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1685(JMR/FLN)

| | |
|---|---|
| Greg Wersal for Supreme Court Committee, a judicial campaign committee and association; and Bonn Clayton, individually<br><br>v.<br><br>Charles E. Lundberg, in his capacity as Chair of the Minnesota Lawyers Professional Responsibility Board, or his successor; and Edward J. Cleary, in his capacity as Director of the Minnesota Office of Lawyers Professional Responsibility, or his successor | DISQUALIFICATION ORDER |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. § 455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed February 5, 1993.

Dated: July 19th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED JUL 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ________
DEPUTY CLERK ________

3. Docket [TEXT]

Docket # : 0:0 -cv-1685
Short Title: Wersal v. Lundberg REFER
Type: cv - Judge: Rosenbaum Magistrate: Noel

------------Event--------------Action--------------Relief------------Trans #----
o - - |ord |cs ref - | 1239937

+-------------------------------------------------------------+
DISQUALIFICATION ORDER ( Judge James M. Rosenbaum / 7/19/99) |Case reassigned to Judge Richard H. Kyle|, |Case referred to Magistrate Judge John M. Mason| (CASE NO. REMAINS THE SAME EXCEPT FOR INITIALS - 00-1685RHK/JMM) 1pg(s) (cc: all counsel)
+editing docket text-----------------------------------------+

Command mode (? for commands)