UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Greg F. Wersal for the Supreme Court Committee, a Judicial campaign committee and association; and Bonn Clayton, individually,

Plaintiffs,

Civil 00-1685 (RHK/FLN)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Charles E. Lundberg, in his capacity as Chair of the Minnesota Lawyers Professional Responsibility Board, or his successor; and Edward J. Cleary, in his capacity as Director of the Minnesota Office of Lawyers Professional Responsibility, or his successor,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 20, 2000

RICHARD H. KYLE
United States District Judge

FILED JUL 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

F I L E  C O P Y

Date: July 20, 2000 dl

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-01685 Wersal v. Lundberg

DOCKET ENTRY

ORDER OF DISQUALIFICATION ( Judge Richard H. Kyle / 7/20/00) Case reassigned to Chief Judge Paul A. Magnuson per Master List, Casc rcferred to Magistrate Judge Jonathan G. Lebedoff (CASE NO. REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-1685PAM/JGL) 1pg(s) (cc: all counsel)

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL