# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 00-2962

---

| | | |
|---|---|---|
| Greg Wersal for the Supreme Court Committee, a Judicial campaign committee and association; Bonn Clayton, individually, | * * * * | |
| Appellants, | * * * | |
| v. | * * | Appeal from the United States District Court for the District of Minnesota. |
| Charles E. Lundberg, in his capacity as Chair of the Minnesota Lawyers Professional Responsibility Board, or his successor; Edward J. Cleary, in his capacity as Director of the Minnesota Office of Lawyers Professional Responsibility, or his successor, | * * * * * * * * | |
| Appellees. | * * | |

---

Filed: October 7, 2005

---

ORDER

SCANNED
OCT 3 1 2005
U.S. DISTRICT COURT MPLS

The pending appeal is dismissed as moot.

---

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED U.S. MAIL
OCT 31 AM 10:52
U.S. DIST COURT MINNEAPOLIS, MN

October 28, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 00-2962 Greg Wersal vs. Charles E. Lundberg

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

dms

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Paul A. Magnuson
Erick G. Kaardal
William F. Mohrman
Thomas Campion Vasaly

District Court/Agency Case Number(s): CIV 00-1685 PAM/JGL